# COMPLAINT AND DEMAND FOR JURY TRIAL

**IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA TAMPA DIVISION**

**SHERRIE YVETTE RIDDICK, Plaintiff,**

v. Case No: _____

*MAY 8 2026 PM3:47*
*FILED - USDC - FLMD - TPA*

**FLORIDA DEPARTMENT OF BUSINESS AND PROFESSIONAL REGULATION,** Defendant.

## I. JURISDICTION AND VENUE

1. This action arises under the Florida Whistleblower Act, Fla. Stat. § 112.3187.
2. This Court has jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1367.
3. Venue is proper because the events giving rise to this action occurred in Tampa, Florida.

## II. PARTIES

4. Plaintiff, Sherrie Yvette Riddick, is a resident of Wesley Chapel, Florida.
5. Defendant, Florida Department of Business and Professional Regulation ("DBPR"), is a public employer.

## III. ADMINISTRATIVE EXHAUSTION

6. Plaintiff filed a Charge of Discrimination with the EEOC, Charge No. 511-2024-03349.
7. The EEOC issued a Notice of Right to Sue dated February 9, 2026.
8. Plaintiff files this action within ninety (90) days of receipt.

## IV. FACTUAL ALLEGATIONS

9. Plaintiff was employed as a Tax Auditor III.
10. Plaintiff's supervisor was Stacie Patterson, Senior Tax Audit Administrator.
11. On or about March 8, 2024, Plaintiff reported concerns regarding a business refusing to comply with a required audit request.
12. Plaintiff also raised concerns regarding audit assignments involving non-operational businesses, businesses with changed ownership, and non-existent locations.
13. Defendant controlled Plaintiff's audit assignments and workload.
14. These assignments negatively affected Plaintiff's ability to satisfy performance expectations.
15. On March 18, 2024, Plaintiff was terminated approximately ten days after making the report.
16. During the termination meeting, an unidentified armed officer was present, and Plaintiff was escorted from the premises.
17. Defendant's stated reasons for termination were pretextual.

## COUNT I – FLORIDA WHISTLEBLOWER ACT

18. Plaintiff realleges paragraphs 1–17.
19. Plaintiff disclosed information regarding improper governmental activity.
20. Defendant retaliated against Plaintiff by terminating her employment
21. Defendant violated Fla. Stat. § 112.3187.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests:
a. Back pay and front pay.
b. Compensatory damages.
c. Costs of this action.
d. Any additional relief deemed just and proper.

## JURY DEMAND

Plaintiff demands a trial by jury.
Respectfully submitted,
Sherrie Yvette Riddick
26804 Saxony Way,

Unit 208
Wesley Chapel, Florida 33544
sherrie_riddick@comcast.net

# EXHIBIT A – EEOC RIGHT-TO-SUE LETTER

**Attach your EEOC Notice of Right to Sue dated February 9, 2026 to this exhibit before filing.**



# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Tampa Field Office**
501 East Polk St, Suite 1000
Tampa, FL 33602
(800) 669-4000
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

**To:** Ms. Sherrie Y. Riddick
26804 Saxony Way Unit 208
WESLEY CHAPEL, FL 33544
Charge No: 511-2024-03349

EEOC Representative and email:   ANTHONY PINO
INVESTIGATOR
ANTHONY.PINO@EEOC.GOV

### DETERMINATION AND NOTICE OF RIGHTS

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice that the EEOC has dismissed your charge and has issued you notice of your right to sue the respondent(s) on this charge. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of EEOC's official notice of dismissal.** You should keep a record of the date you received the EEOC's official notice of dismissal. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 511-2024-03349.

On behalf of the Commission,

*Tamra S. Schweiberger*   Digitally signed by Tamra Schweiberger
Date: 2026.02.09 14:19:51 -05'00'

Tamra S. Schweiberger
Director

**Cc:**

Please retain this Notice for your records.

Enclosure with EEOC Notice of Closure and Rights (05/25)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC
*(This information relates to filing suit in Federal or State court **under Federal law**. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

### IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* EEOC's official notice of dismissal**. You should **keep a record of the date you received EEOC's official notice of dismissal**. Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving EEOC's official notice of dismissal (email or envelope).

If your lawsuit includes a claim under the Equal Pay Act (EPA), you must file your complaint in court within 2 years (3 years for willful violations) of the date you did not receive equal pay. This time limit for filing an EPA lawsuit is separate from the 90-day filing period under Title VII, the ADA, GINA, the ADEA, or the PWFA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA, the ADEA, or the PWFA, in addition to suing on the EPA claim, your lawsuit must be filed within 90 days of your receipt of EEOC's official notice of dismissal and within the 2- or 3-year EPA period.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

### ATTORNEY REPRESENTATION

For information about locating an attorney to represent you, go to:
https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.

### HOW TO REQUEST YOUR CHARGE FILE AND 90-DAY TIME LIMIT FOR REQUESTS

There are two ways to request a charge file: 1) a Freedom of Information Act (FOIA) request or 2) a "Section 83" request. You may request your charge file under either or both procedures. EEOC can generally respond to Section 83 requests more promptly than FOIA requests.

Since a lawsuit must be filed within 90 days of EEOC's official notice of dismissal, please submit your FOIA and/or Section 83 request for the charge file promptly to allow sufficient time for EEOC to respond and for your review.

**To make a FOIA request for your charge file**, submit your request online at https://eeoc.arkcase.com/foia/portal/login (this is the preferred method).  You may also submit a

Enclosure with EEOC Notice of Closure and Rights (05/25)

FOIA request for your charge file by U.S. Mail by submitting a signed, written request identifying your request as a "FOIA Request" for Charge Number 511-2024-03349 to the District Director at Evangeline Hawthorne, 100 SE 2nd St Suite 1500, Miami, FL 33131.

**To make a Section 83 request for your charge file**, submit a signed written request stating it is a "Section 83 Request" for Charge Number 511-2024-03349 to the District Director at Evangeline Hawthorne, 100 SE 2nd St Suite 1500, Miami, FL 33131.

You may request the charge file up to 90 days after receiving EEOC's official notice of dismissal. After the 90 days have passed, you may request the charge file only if you have filed a lawsuit in court and provide a copy of the court complaint to EEOC.

For more information on submitting FOIA requests, go to https://www.eeoc.gov/eeoc/foia/index.cfm.

For more information on submitted Section 83 requests, go to https://www.eeoc.gov/foia/section-83-disclosure-information-charge-files.